IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

**DAVID RAYMOND LITER,**               Civil File No. 2:12-cv-02003-JTM-JPO

    **Plaintiff,**

vs.                                    **STIPULATION OF DISMISSAL**
                                                **WITH PREJUDICE**

**RECEIVABLES PERFORMANCE MANAGEMENT, LLC,**

    **Defendant.**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff David Raymond Liter, and the defendant, Receivables Performance Management, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated:  06-11-2012

By /s/J. Mark Meinhardt
J. Mark Meinhardt #20245
9400 Reeds Road, Suite 210
Overland Park, KS 66207
Telephone:  (913) 451-9797
Fax:  (913) 451-6163
Email: Mark@meinhardtlaw.com
ATTORNEY FOR PLAINTIFF

Dated:  06-11-2012

By /s/John D. Keen
John D. Keen, #78170
Gordon & Rees, LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Telephone:  (303) 534-5160
Email: jkeen@gordonrees.com
**ATTORNEY FOR DEFENDANT**